**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

-----

**No. 96-1396**

-----

N. JEROME WILLINGHAM,

Plaintiff - Appellant,

versus

CITY OF JACKSONVILLE; CHRISTOPHER MARK PAD-
GETT, of the Jacksonville Police Department,
Members of the Jacksonville City Council,

Defendants - Appellees,

and

M. C. CHOATE, Mayor; DOROTHY S. PULLICINO;
TURNER G. BLOUNT; MORRIS V. DAUGHTRY; GREG
JOHNSTON; JAMES SLOAN; JAMES N. SMITH; STATE
OF NORTH CAROLINA; EDWARD W. FARNELL, JR.,

Defendants.

-----

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington. James C. Fox, Chief
District Judge. (CA-95-41-7-F)

-----

Submitted: December 19, 1996     Decided: December 30, 1996

-----

Before ERVIN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

-----

Affirmed by unpublished per curiam opinion.

-----

N. Jerome Willingham, Appellant Pro Se.  Cheryl A. Marteney, WARD
& SMITH, P.A., New Bern, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Appellant appeals the district court's order denying relief on
his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record
and the district court's opinion and find no reversible error.
Accordingly, we affirm on the reasoning of the district court.
<u>Willingham v. City of Jacksonville</u>, No. CA-95-41-7-F (E.D.N.C.
Feb. 21, 1996). We dispense with oral argument because the facts
and legal contentions are adequately presented in the materials
before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>